# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Scatto,<br><br>   Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>   Defendant. | NO. CV-23-00294-TUC-JAS (MSA)<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 26, 2024, judgment for attorney fees is entered in favor of plaintiff in the amount of $ 2,764.21.

Debra D. Lucas
District Court Executive/Clerk of Court

April 26, 2024

By   s/ M. Espinoza
     Deputy Clerk